AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Samual Ramu,
*Plaintiff*
v.
Amber Burnett *Mail Room*; Captain Joshua McKie *Captain of Contraband*; George Williams *Lt. of Contraband*; Elaine Freeman *Associate Warden*,
*Defendants*.

) Civil Action No.     1:21-cv-04140-BHH
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Samual Ramu*,* shall take nothing of the defendants, Amber Burnett *Mail Room*, Captain Joshua McKie *Captain of Contraband*, George Williams *Lt. of Contraband* and Elaine Freeman *Associate Warden* and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:  September 13, 2022

ROBIN L. BLUME, CLERK OF COURT

s/L. Baker

*Signature of Clerk or Deputy Clerk*